FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/23/2015 2:52:25 PM
CHRISTOPHER A. PRINE
Clerk



STATE OF TEXAS
COUNTY OF HARRIS

County Auditor's Form/9999A
Harris County (Forms)(Rev 04/01)

## Official Receipt

## CHRIS DANIEL DISTRICT CLERK

Case 201503230-7　　Trans ID: 208974851　　Court: 269

50 NO. 15761

Action: ---- PAYMENT ON ACCOUNT ----

Style: ALAMO CARE LLC
HEARST NEWSPAPER LLC (B/D/A HEARST MEDIA

Comment:

| Fee | Description | Amount |
|-----|-------------|--------|
| 119 | TRANSCRIPT | $196.00 |

Payment  Check　　　　　88073342

Amount　$196.00　　　Amount Tendered:　　　　　　　$196.00

Payment Amount:　　　　　　　$196.00
Amount Applied:　　　　　　　$196.00
Change Amount:　　　　　　　　$0.00

Received
Of　　HEARST SERVICE CENTER　　C0010486
　　214 NORTH TRYON STREET HEARST TOWER
　　CHARLOTTE, NC 28202
ONE HUNDRED NINETY SIX AND 00/100
*****************************Dollars

Payment Date: 12/22/2015　　　　　File Date:

Assessed By: WASHINGTON, PHYLLIS
Validated 12/23/2015　　By: LEE, SHEMEKA R.

CUSTOMER CO]